UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-00204-RLW |
| ) | |
| ROBERT A. GJERTSON ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED MOTION (DOC. 26)

Come now the United States of America, by and through its attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Gilbert C. Sison, Assistant United States Attorney for said District, and files the instant motion to file with the Court a sealed motion.  In support of said motion, the Government states as follows:

1. On August 22, 2017, the Government filed a Sealed Motion with the Court. (Doc. 26).

2. The Government's motion contains information that is of a private and sensitive character that should not be made available to the public.

3. The Government therefore seeks leave of court to file its Sealed Motion (Doc. 26) under seal.

WHEREFORE, the Government prays for the requested relief, and for such other and further relief that the Court deems just and proper.

Dated:   August 22, 2017.

                Respectfully submitted,

                CARRIE COSTANTIN
                Acting United States Attorney

                *s/ Gilbert C. Sison*
                GILBERT C. SISON, #52346MO
                Assistant United States Attorney
                111 South 10th Street, Room 20.333
                St. Louis, MO 63102
                Telephone:   (314) 539-2200
                Facsimile:   (314) 539-2020
                E-mail:   gilbert.sison@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-00204-RLW |
| ROBERT A. GJERTSON | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Lucy Liggett – Lucy_Liggett@fd.org
*Attorney for Defendant, Robert A. Gjertson*

*s/ Gilbert C. Sison*
GILBERT C. SISON, #52346MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
Telephone:   (314) 539-2200
Facsimile:   (314) 539-2020
E-mail:   gilbert.sison@usdoj.gov

3